ANN FEDAK v. JOSEPH WOICHOWSKI, EXECUTOR (ESTATE OF WALTER M. WOJKOWSKY), ET AL.

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 7—decided November 3, 1970

*Henry J. Isaac,* for the appellants (defendants).

*Raphael Korff,* with whom, on the brief, was *Edward J. Behuncik,* for the appellee (plaintiff).

PER CURIAM. The conclusions of the trial court are supported by the unattacked finding of subordinate facts.

There is no error.